**Petition for Writ of Mandamus Dismissed and Opinion filed March 12, 2024.**



**In The**

# Fourteenth Court of Appeals

---

**NO. 14-23-00837-CV**

---

## IN RE WHELAN SECURITY CO. D/B/A GARDAWORLD SECURITY SERVICES, Relator

---

**ORIGINAL PROCEEDING**
**WRIT OF MANDAMUS**
**189th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2021-23210**

---

## MEMORANDUM OPINION

On Friday, November 3, 2023, relator Whelan Security Co. d/b/a Gardaworld Security Services filed a petition for writ of mandamus in this court. *See* Tex. Gov't Code Ann. § 22.221; *see also* Tex. R. App. P. 52. In the petition, relator asks this court to compel the Honorable Tamika Craft, presiding judge of

the 189th District Court of Harris County, to vacate her October 10, 2023 "Order Granting Plaintiff's Motion for Sanctions Against Whelan Security."

On February 14, 2024, the trial court set-aside the October 10 order and signed a modified order. On March 1, 2024, relator informed this court that the petition is moot in light of the trial court's February 14 order. Accordingly, we dismiss the petition as moot and lift our January 22 order of stay.

PER CURIAM

Panel consists of Chief Justice Christopher and Justices Wise and Jewell.